**Order filed November 2, 2021**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00490-CV

———————

### IN THE INTEREST OF S.C.H., A MINOR CHILD

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2021-47951**

## O R D E R

Appellant's brief was due September 23, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 2, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot and Poissant.